BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN CHRISTOPHER MONTES,<br><br>  Defendant. | Case No: 1:14-cr-00194 LJO SKO<br><br>**STIPULATION TO CONTINUE MARCH 30, 2015 HEARING TO APRIL 13, 2015; ORDER RE SAME**<br><br>Ctrm:     4<br><br>Hon. Lawrence J. O'Neill |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that the pending hearing on defendant's "Motion for Grand Jury Transcripts" (Doc. 17), set to be heard before this court at 10:00 a.m. on Monday, March 30, 2015, be continued two weeks, or to Monday, April 13, 2015, likewise at 10:00 a.m.

This stipulation is based on good cause. Specifically, counsel for the government is scheduled to be in trial in Courtroom 2 starting on March 17, 2015 (<u>United States v. Davis</u>, 1:12-cr-00056 AWI). Although the government expects to be able to present its case within a week, defense counsel in that case has estimated on the record that the trial could take upwards of two weeks. Continuing this action's

1

March 30 hearing to April 13 would enable the government to properly analyze defendant's motion and prepare a timely response in advance of the hearing. On this end, counsel for the government advised defense counsel that it would file any necessary response by April 6, 2015, if the continuance were granted.

For the above stated reason, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

|  |  |
|---|---|
|  | (As auth. 3/10/15) |
| Dated: March 10, 2015 | By: /s/ Mark A. Broughton<br>Mark A. Broughton<br>Attorney for Defendant<br>STEVEN CHRISTOPHER MONTES |
| Dated: March 10, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
|  | By: /s/ Brian W. Enos<br>Brian W. Enos<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:   **March 11, 2015**          **/s/ Lawrence J. O'Neill**
                            UNITED STATES DISTRICT JUDGE

2