# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STAETS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CHRISOPHER MONTES,<br><br>Defendant. | 1:14-cr-000194 LJO<br><br>**ORDER ON GOVERNMENT'S MOTIONS IN LIMINE (Doc. 32)** |

The Court has received and reviewed the Government's Motions in Limine, as well as the Defendant's email indicating non-opposition. The Court rules as follows:

1. There will no reference to the last names of any victims either in any pleadings or verbally at any stage of trial;

2. There is to be no mention by anyone about potential penalties or punishment to the jury at any time during the trial;

3. During the trial, and until excused from further testimony, all trial witness will be excluded from the courtroom; and

4. Statements given by the Defendant to law enforcement personnel, offered as admissions by the U.S. Attorney (and found by the Court to be admissions) will be allowed pursuant to Federal Rules of Evidence section 801(d).

IT IS SO ORDERED.

Dated: __August 12, 2015__        /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1